```
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN HATZFELD,                     )
                                   )
          Plaintiff,               )      9:08CV283
                                   )      (LES/DRH)
     v.                            )      (Member Case)
                                   )
THOMAS G. EAGEN, Director,         )   MEMORANDUM OPINION
Inmate Grievance Program,          )
CORC; JOHN W. BURGE,               )
Superintendent, Auburn             )
Correctional Facility; NANCY       )
RYERSON, Nurse Administrator,      )
Auburn Correctional Facility;      )
ANTHONY GRACEFFO, Former M.D.,     )
Auburn Correctional Facility;      )
and M.D. PANG KOOI, Auburn         )
Correctional Facility,             )
                                   )
          Defendants.              )
_____)
```

This matter is before the Court on the report-recommendation and order (Filing No. 54) of the magistrate judge. The Court has reviewed the report-recommendation, together with defendants' motion for summary judgment (Filing No. 45), plaintiff's response in opposition to the motion for summary judgment (Filing No. 50), defendants' reply to response (Filing No. 53), objection to the report and recommendation by defendants (Filing No. 55), plaintiff's objection to the report and recommendation (Filing No. 56), and plaintiff's reply to defendants' objections (Filing No. 57). The Court has reviewed all the filings and finds the report and recommendation should be approved and adopted and the objections thereto should be

overruled.  A separate order will be entered in accordance with this memorandum opinion.

DATED this 14th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court